■ ROSE OPPEDISANO et al., Appellants, v MECHANICS EXCHANGE, a Division of DIME SAVINGS BANK OF NEW YORK, et al., Defendants and Third-Party Plaintiffs-Respondents. MARGARET KRUG, Third-Party Defendant-Respondent. — Appeal from an order and judgment of the Supreme Court at Special Term (Prior, Jr., J.), entered May 24, 1982 in Albany County, which granted third-party defendant's motion for summary judgment against plaintiffs. Order and judgment affirmed, with one bill of costs to respondents, for the reasons stated in the decision of Mr. Justice Daniel H. Prior, Jr., at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ RAYMOND CROUSE, Plaintiff, v AMSTERDAM INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants and Third-Party Plaintiffs. JOHN HERMS, Doing Business as HERMS CONSTRUCTION COMPANY, Third-Party Defendant and Fourth-Party Plaintiff-Respondent; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Fourth-Party Defendant-Appellant. — Appeal from an order of the Supreme Court at Special Term (Graves, J.), entered July 6, 1982 in Montgomery County, which granted fourth-party plaintiff's motion for summary judgment and directed fourth-party defendant National Union Fire Insurance Company of Pittsburgh, Pa., to defend and insure fourth-party plaintiff in the third-party action. Order affirmed, with costs (*Insurance Co. of North Amer. v Dayton Tool & Die Works,* 57 NY2d 489). Sweeney, J. P., Kane, Main, Casey and Weiss, JJ., concur.